IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| **KELLEY ANNE LIVEOAK** ) | |
|     **Plaintiff** ) | |
| vs. ) | **Civil Case No. 05-5110-CV-SW-DW** |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
|     **Defendant** ) | |

**X**    **Decision by Court.** This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

ORDERED: that Petitioner's motion for relief pursuant to Section 2255 is **DENIED.**

| | |
|---|---|
| April 21, 2006 | Patricia Brune |
| Date | Clerk |
| | By: /s/ Y. Johnson |
| | Deputy Clerk |